■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW VAUGHN, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied, without prejudice to a motion directed to the County Court, Albany County, to vacate the judgment of conviction pursuant to CPL 440.10. Staley, Jr., J. P., Greenblott, Sweeney, Simons and Kane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PARKER, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied. Staley, Jr., J. P., Greenblott, Sweeney, Simons and Kane, JJ., concur.

■ In the Matter of MICHAEL WILLIAMS, Petitioner, v. JOHN DUNNE et al., Respondents.— Motion for leave to appeal denied, without costs. The judgment is final and therefore appealable as of right. (CPLR 5701.) Herlihy, P. J., Greenblott, Sweeney, Simons and Kane, JJ., concur.